IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANGEL L. RIVERA SANCHEZ
AILEEN LOPEZ SOTO

Debtor(s)

CASE NUMBER: 10-11860-MCF

CHAPTER 13

## DEBTORS' MOTION CONCERNING AMENDMENT TO SCHEDULE "F"

**TO THE HONORABLE COURT:**

COME NOW, **ANGEL L. RIVERA SANCHEZ and AILEEN LOPEZ SOTO,** debtors through their undersigned attorney Counsel, and very respectfully state and pray as follows:

1. The debtors hereby amend Schedule F to previously filed schedule "F" docket no. 1,   pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: *include unsecured creditor named T-Mobile, balance owed $331.24, postal address PO Box 660252 Dallas, TX 75266-0252.*

WHEREFORE, the debtors pray that this Honorable Court take knowledge of said amendment and provide accordingly.

### NOTICE

**Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

1

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Angel L. Rivera Sanchez and Aileen Lopez Soto; to the creditors affected by the amendment: *T-Mobile, postal address PO Box 660252 Dallas, TX 75266-0252*; and creditors and parties in interest as per the attached master address list.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this _13_ day of

January, 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR  00726
TEL NO (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@prtc.net

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                           CASE NUMBER: 10-11860-MCF

ANGEL L. RIVERA SANCHEZ
AILEEN LOPEZ SOTO                                CHAPTER 7

Debtor(s)

## **DEBTORS' VERIFICATION**

I (We) declare under penalty of perjury that I (we) has (have) read the foregoing motion and that the same has also been explained to me (us), and that the averments therein contained are true and correct to the best of my (our) knowledge, information and belief. I, (We) also declare, under penalty of perjury that I (we) have read the foregoing amended **Schedule F**, consisting of **4sheet(s)**, and that it is true and correct to the best of my(our) information, knowledge and belief.

In Caguas Puerto Rico this _13_ day of January, 2011.


ANGEL L. RIVERA SANCHEZ


AILEEN LOPEZ SOTO

3

B6F (Official Form 6F) (12/07)

IN RE **RIVERA SANCHEZ, ANGEL LUIS & LOPEZ SOTO, AILEEN**        Case No. **10-11860-7**
    Debtor(s)                                                                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9191<br>**ASOCIACION EMPLEADOS AEELA**<br>**PO BOX 362766**<br>**SAN JUAN, PR  00936-2766** | | H | **Revolving account opened 2/00** | | | | **604.00** |
| ACCOUNT NO. 8775<br>**ASOCIACION EMPLEADOS ELA**<br>**PO BOX 364508**<br>**SAN JUAN, PR  00936-4508** | | J | | | | | **28,104.43** |
| ACCOUNT NO. 0419<br>**BANCO POPULAR DE PR**<br>**PO BOX 70100**<br>**SAN JUAN, PR  00936-8100** | | J | **Installment account opened 5/10**<br>**Deficiency (2010 Audi A4)** | | | | **772.00** |
| ACCOUNT NO. 5021<br>**CITIFINANCIAL**<br>**1 CITIBANK DR STE 201**<br>**SAN JUAN, PR  00926** | | H | **Revolving account opened 12/08** | | | | **4,162.00** |

**3** continuation sheets attached

Subtotal
(Total of this page) $ **33,642.43**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **RIVERA SANCHEZ, ANGEL LUIS & LOPEZ SOTO, AILEEN**     Case No. **10-11860-7**

Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7750** <br> **CITIFINANCIAL PLUS** <br> **PO BOX 499** <br> **HANOVER, MD 21076** | | H | **Installment account opened 12/08** | | | | 9,440.00 |
| ACCOUNT NO. **1313** <br> **FIRST BANK** <br> **MONEY EXPRESS** <br> **PO BOX 19327** <br> **SAN JUAN, PR 00910-1427** | | J | **Installment account opened 12/09** | | | | 4,742.00 |
| ACCOUNT NO. **2261** <br> **FIRST BANK** <br> **PO BOX 19327** <br> **SAN JUAN, PR 00910-1427** | | J | **Installment account opened 2/2010 Deficiency (2010 Honda Pilot)** | | | | 1.00 |
| ACCOUNT NO. **9381** <br> **G JWL/CBSD** <br> **PO BOX 6497** <br> **SIOUX FALLS, SD 57117** | | H | **Revolving account opened 12/08** | | | | 2,753.00 |
| ACCOUNT NO. **4835** <br> **ISLAND FINANCE** <br> **PO BOX 195369** <br> **SAN JUAN, PR 00919-5369** | | W | **Installment account opened 5/10** | | | | 4,889.00 |
| ACCOUNT NO. **2518** <br> **JC PENNEY** <br> **PO BOX 364788** <br> **SAN JUAN, PR 00936-4788** | | H | **Revolving account opened 12/08** | | | | 1,137.00 |
| ACCOUNT NO. **2073** <br> **JC PENNEY** <br> **PO BOX 364788** <br> **SAN JUAN, PR 00936-4788** | | W | **Revolving account opened 6/93** | | | | 201.00 |

Sheet no. **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 23,163.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **RIVERA SANCHEZ, ANGEL LUIS & LOPEZ SOTO, AILEEN**          Case No. **10-11860-7**
_____
Debtor(s)                                     (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5659** <br> **NATIONAL CREDIT SOLUTION** <br> **PO BOX 15779** <br> **OKLAHOMA, OK  73155** | | H | Open account opened 8/09 | | | X | 87.00 |
| ACCOUNT NO. **5342** <br> **PR FCU** <br> **PO BOX  998** <br> **SAN JUAN, PR  00936** | | H | Revolving account opened 8/00 | | | | 1,467.00 |
| ACCOUNT NO. **7682** <br> **SAMS** <br> **PO BOX 105980 DEPT 77** <br> **ATLANTA, GA  30353-5980** | | H | Revolving account opened 4/10 | | | | 740.00 |
| ACCOUNT NO. **4486** <br> **SEARS** <br> **PO BOX 6189** <br> **SIOUX FALLS, SD  57117** | | H | Revolving account opened 3/10 | | | | 2,087.00 |
| ACCOUNT NO. **9870** <br> **SEARS** <br> **PO BOX 6189** <br> **SIOUX FALLS, SD  57117** | | W | Revolving account opened 3/10 | | | | 1,301.00 |
| ACCOUNT NO. **8775** <br> **SOCIAL SECURITY ADMINISTRATION** <br> **1500 WOODLAND DRIVE** <br> **BALTIMORE, MD  21241-1500** | | J | | | | | 5,956.00 |
| ACCOUNT NO. **6264** <br> **T-MOBILE** <br> **PO BOX 660252** <br> **DALLAS, TX  75266-0252** | | J | Utility | | | | 331.24 |

Sheet no. ___**2**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **11,969.24**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>RIVERA SANCHEZ, ANGEL LUIS & LOPEZ SOTO, AILEEN</u>          Case No. <u>10-11860-7</u>
                       Debtor(s)                                                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7392**<br>**WALMART<br>PO BOX 530927<br>ATLANTA, GA  30353-0927** | | W | **Revolving account opened 9/06** | | | | **300.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**3**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **300.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **69,074.67**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE RIVERA SANCHEZ, ANGEL LUIS & LOPEZ SOTO, AILEEN      Case No. 10-11860-7
<br>Debtor(s)                    (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **19** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 13, 2011**      Signature: _____    Debtor
<br>                                 **ANGEL LUIS RIVERA SANCHEZ**

Date: **January 13, 2011**      Signature: _____
<br>                                 **AILEEN LOPEZ SOTO**     (Joint Debtor, if any)
<br>                                 [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
<br>Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
<br>Address

_____      _____
<br>Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____

                                _____
<br>                                (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

RIVERA SANCHEZ, ANGEL LUIS
306 MANSIONES DE COAMO
COAMO, PR  00729

FIRST BANK
PO BOX 19327
SAN JUAN, PR  00910-1427

T-MOBILE
PO BOX 660252
DALLAS, TX  75266-0252

LOPEZ SOTO, AILEEN
306 MANSIONES DE COAMO
COAMO, PR  00769

FIRST BANK
MONEY EXPRESS
PO BOX 19327
SAN JUAN, PR  00910-1427

WALMART
PO BOX 530927
ATLANTA, GA  30353-0927

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

G JWL/CBSD
PO BOX 6497
SIOUX FALLS, SD  57117

ASOCIACION EMPLEADOS AEELA
PO BOX 362766
SAN JUAN, PR  00936-2766

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR  00919-5369

ASOCIACION EMPLEADOS ELA
PO BOX 364508
SAN JUAN, PR  00936-4508

JC PENNEY
PO BOX 364788
SAN JUAN, PR  00936-4788

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

NATIONAL CREDIT SOLUTION
PO BOX 15779
OKLAHOMA, OK  73155

BBVA PUERTO RICO
PO BOX 364745
SAN JUAN, PR  00936-4745

PR FCU
PO BOX  998
SAN JUAN, PR  00936

CITIFINANCIAL
1 CITIBANK DR STE 201
SAN JUAN, PR  00926

SAMS
PO BOX 105980 DEPT 77
ATLANTA, GA  30353-5980

CITIFINANCIAL PLUS
PO BOX 499
HANOVER, MD  21076

SEARS
PO BOX 6189
SIOUX FALLS, SD  57117

DORAL FINANCIAL
1451 FD ROOSEVELT AVE
SAN JUAN, PR  00920

SOCIAL SECURITY ADMINISTRATION
1500 WOODLAND DRIVE
BALTIMORE, MD  21241-1500