## UNITED STATES BANKRUPTCY COURT

| | | |
|---|---|---|
| PLEASE ACCEPT THIS NOTICE<br>& FORWARD TO PARTIES IN INTEREST | US BANKRUPTCY COURT<br>DISTRICT<br>US TRUSTEE | **PUERTO RICO**<br>MAIN<br>**MONSITA LECAROZ-ARRIBAS** |

**In Re:**   ANGEL RIVERA SANCHEZ

| | | |
|---|---|---|
| Case Number | 10-11860 | *EAG* |
| Claim Amount | $73.89 | |
| Claim Number | 4 | |
| Chapter | 7 | *NA* |

### Notice of Change of Mailing and Payment Address

RECEIVED AND FILED
MAIL
2011 NOV 16 AM 10:18

The undersigned, Vativ Recovery Solutions, LLC,
hereby notices the Court and the Trustee of their current mailing and payment addresses:

Old Address
Vativ Recovery Solutions, LLC
As agent for Palisades Collections/ASTA Funding
PO Box 19249
Sugar Land, TX 77496

New Payment and Notices Address
Vativ Recovery Solutions, LLC
As agent for Palisades Collections/ASTA Funding
P.O. Box 40728
Houston, TX 77240-0728

By:   _Thomas Neaves_

Thomas Neaves

General Manager
Vativ Recovery Solutions
A wholly owned subsidiary of Palisades
Collection LLC / Asta Funding Acquisition
P.O. Box 40728
Houston, TX 77240-0728

Date:       3/2/2011
Phone:     800-941-8632