IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANGEL LUIS RIVERA SANCHEZ
AILEEN LOPEZ SOTO

DEBTORS

BKRTCY. NO. **10-11860 MCF**

CHAPTER 7

## MOTION FOR REOPENING OF CASE UNDER 11 U.S.C. §350(b)

TO THE HONORABLE COURT:

COME NOW, **ANGEL LUIS RIVERA SANCHEZ and AILEEN LOPEZ SOTO**, debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. On December 20, 2010, the debtors filed a petition for relief under Chapter 7 of Title 11, 11 U.S. Code §§701 *et seq*.

2. On January 18, 2011, the appointed Chapter 7 Trustee Noreen Wiscovitch Rentas, Esq., filed a *Report of No Distribution*, docket entry #12 and Court issued a *Notice of Abandonment*, at docket entry #13, in the above captioned case.

3. On May 09, 2011, this Honorable Court entered a *Discharge of Debtor and Joint Debtor*, docket entry #18, in the above captioned case.

4. On May 09, 2011, the Court issued an *Order Discharging Trustee and Closing the Estate*, docket entry #19.

5. In the present case, First Bank filed proof of claim #03-1, as an **unsecured creditor** in the sum of $50,837.41, on the basis of a car lease deficiency balance.

Page – 2 –
Motion for reopening of case 11 USC §350(b)
Case no. 10-11860 MCF7

6. That after the aforementioned unsecured claim was discharged, First Bank continued collection efforts against the herein debtors, continuing said collection efforts against the debtors, as of the date of this Complaint.

7. Under Section 350(b) of the Bankruptcy Code, 11 U.S.C. §350(b), a debtor may request by motion that the court reopen a case to accord relief to the debtor or for other cause. 11 U.S.C. §350(b) and Rules 5009 and 5010 of the Federal Rules of Bankruptcy Procedure.

8. The debtors respectfully request this Honorable Court to Order the reopening of the above captioned bankruptcy case to allow the debtors to file an adversary proceeding for violation of the discharge injunction awarded to debtors upon the entry of the Discharge Order and to enjoin First Bank, of any further action against the herein debtors to collect on said discharged debt. Rules 5009 and 5010 of the Federal Rules of Bankruptcy Procedure.

## NOTICE UNDER P.R. LBR 5010-1:

You are hereby notified that the debtor has filed a motion for the re-opening of her Chapter 7 case. All parties in interest are given twenty-one (21) days and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f), if you were served by mail, to object or oppose, in writing, the debtors' request for case re-opening. Notice is hereby given that any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other

Page – 3 –
Motion for reopening of case 11 USC §350(b)
Case no. 10-11860 MCF7

response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I HEREBY CERTIFY** that on this same date a copy of this motion was electronically filed using the CM/ECF system which will send notification of same to: the Chapter 7 Trustee Noreen Wiscovitch Rentas, Esq.; US Trustee's Office, Monsita Lecaroz, Esq., Assistant US Trustee; and via regular US Mail to First Bank, Bankruptcy Division, PO Box 9146 San Juan PR 00908-0146; Angel Luis Rivera Sanchez and Aileen Lopez Soto, 306 Mansiones de Coamo PR 00769, debtors in the above captioned case; and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 01st day of August, 2016.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR DEBTORS
PO BOX 186 CAGUAS PR 00725
TEL NO 787-744-7699 FAX NO 787-746-5294
Email: rfigueroa@rfclawpr.com


Case:10-11860-MCF7   Doc#:23   Filed:08/01/16   Entered:08/01/16 13:45:00   Desc: Main
Document    Page 4 of 5

```
Label Matrix for local noticing        BANCO BILBAO VIZCAYA ARG              POPULAR AUTO
0104-2                                 PO BOX 364745                         PO BOX 366818
Case 10-11860-MCF7                     SAN JUAN, PR 00936-4745               SAN JUAN, PR 00936-6818
District of Puerto Rico
Ponce
Mon Aug  1 13:37:24 AST 2016

VATIV RECOVERY SOLUTIONS LLC           US Bankruptcy Court District of PR    ASOCIACION EMPLEADOS AEELA
PALISADES COLLECTION/ASTA FUNDING      Jose V Toledo Fed Bldg & US Courthouse PO BOX 362766
PO BOX 40728                           300 Recinto Sur Street, Room 109      SAN JUAN, PR  00936-2766
HOUSTON, TX 77240-0728                 San Juan, PR 00901-1964


ASOCIACION EMPLEADOS ELA               BANCO BILBAO VIZCAYA ARGENTARIA PR    BANCO POPULAR DE PR
PO BOX 364508                          ANGEL M. VAZQUEZ BAUZA                PO BOX 70100
SAN JUAN, PR  00936-4508               PO BOX 191017                         SAN JUAN, PR  00936-8100
                                       SAN JUAN PR 00919-1017


BBVA PUERTO RICO                       CITIFINANCIAL                         CITIFINANCIAL PLUS
PO BOX 364745                          1 CITIBANK DR STE 201                 PO BOX 499
SAN JUAN, PR  00936-4745               SAN JUAN, PR 00926-9600               HANOVER, MD 21076-0499


DORAL FINANCIAL                        FIRST BANK                            FIRST BANK
1451 FD ROOSEVELT AVE                  BANKRUPTCY DIVISION                   MONEY EXPRESS
SAN JUAN, PR 00920-2717                PO BOX 9146                           PO BOX 19327
                                       SAN JUAN PR 00908-0146                SAN JUAN, PR 00910-1327


FIRST BANK                             G JWL/CBSD                            ISLAND FINANCE
PO BOX 19327                           PO BOX 6497                           PO BOX 195369
SAN JUAN, PR 00910-1327                SIOUX FALLS, SD 57117-6497            SAN JUAN, PR  00919-5369


JC PENNEY                              MONEY EXPRESS                         NATIONAL CREDIT SOLUTION
PO BOX 364788                          BANKRUPTCY DIVISION                   PO BOX 15779
SAN JUAN, PR  00936-4788               PO BOX 9146                           OKLAHOMA, OK 73155-5779
                                       SAN JUAN PR 00908-0146


PALISADES COLLECTIONS  LLC             PR FCU                                SAMS
VATIV RECOVERY SOLUTIONS LLC           PO BOX  998                           PO BOX 105980 DEPT 77
AS AGENT FOR PALISADES COLLECTIONS     SAN JUAN, PR  00936                   ATLANTA, GA 30348-5980
ASTA FUNDING
PO BOX 40728
HOUSTON TX 77240 0728

SEARS                                  SOCIAL SECURITY ADMINISTRATION        WALMART
PO BOX 6189                            1500 WOODLAND DRIVE                   PO BOX 530927
SIOUX FALLS, SD 57117-6189             BALTIMORE, MD  21241-1500             ATLANTA, GA  30353-0927


AILEEN LOPEZ SOTO                      ANGEL LUIS RIVERA SANCHEZ             MONSITA LECAROZ ARRIBAS
306 MANSIONES DE COAMO                 306 MANSIONES DE COAMO                OFFICE OF THE US TRUSTEE (UST)
COAMO, PR 00769                        COAMO, PR 00769                       OCHOA BUILDING
                                                                             500 TANCA STREET  SUITE 301
                                                                             SAN JUAN, PR 00901
```

```
NOREEN WISCOVITCH RENTAS          ROBERTO FIGUEROA CARRASQUILLO       End of Label Matrix
PMB 136                           PO BOX 186                          Mailable recipients    31
400 CALAF STREET                  CAGUAS, PR 00726-0186               Bypassed recipients     0
SAN JUAN, PR 00918-1314                                               Total                  31
```